Thomas Glendon, Appellant, v. Remington & Sherman Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Blaize L. Harsell, Respondent, v. Charles De Kay Townsend, Appellant.— Judgment affirmed, with costs. No opinion.

Anna Hill, Respondent, v. Kate Weisenberger, as Executrix, etc., of Jacob Hill, Deceased, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Rosa Krombach, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company, Appellants.— Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting.)

Frank Pietschker, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Rubber Trading Company, Respondent, v. The Fisk Rubber Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

William Hepburn Russell, Appellant, v. Washington Life Insurance Company, a Corporation, Respondent. William Hepburn Russell, Appellant, v. Pittsburgh Life and Trust Company, a Corporation, Respondent.— Judgments affirmed, with costs, on *Russell* v. *Pittsburgh Life & Trust Co.* (132 App. Div. 217).

Charles L. Dimon, Respondent, v. G. Henry Whitcomb, Appellant.— Judgment and order affirmed, with costs. No opinion.

Edward Kerman, Appellant, v. The Pennsylvania Steel Company, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Giovanni Gangi, Appellant, Impleaded with Salvatore Acardo.— Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Abraham Borsuch, Appellant.— Judgment affirmed. No opinion.

Mortimer Bartlett, Respondent, v. M. D. Knowlton Company and Frederick K. Knowlton, Appellants, Impleaded with Herbert B. Chaffee.— Judgment and order affirmed, with costs. No opinion. (Scott and Dowling, JJ., dissenting as to the defendant corporation.

Gansevoort Bank, Appellant, v. Empire State Surety Company, Respondent.— Judgment affirmed, with costs, on *Gansevoort Bank* v. *Empire State Surety Co.* (195 N. Y. 516).

Alexander Herzog, Respondent, v. Simon Marx and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Lily Noonan, Appellant, v. Press Publishing Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

William S. Anderson and William L. Dowling, Appellants, v. The New York and Harlem Railroad Company and Others, Respondents.— Judgment affirmed, with costs, on *Anderson* v. *New York & Harlem R. R. Co.* (132 App. Div. 183).

Jerome. S. Luneschloss, Respondent, v. J. Weinberg & Company, Appellant.— Judgment and order affirmed, with costs. No opinion.